UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**ISIAH HOWELL**<br><br>　　　　　　　Defendant. | **CASE NUMBER: 2:03CR59-003**<br>**USM Number: 07524-027**<br><br><br>**JEROME T FLYNN - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violating the conditions of his term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On or about January 28, 2016, the defendant unlawfully possessed marijuana, in Gary, Indiana, having been previously convicted of a felony controlled substance offense in this cause number 2:03cr59. | January 28, 2016 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining allegations in the Summary Report of Violations are dismissed.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

| |
|---|
| April 1, 2016 |
| Date of Imposition of Judgment |
| s/ Rudy Lozano |
| Signature of Judge |
| Rudy Lozano, United States District Judge |
| Name and Title of Judge |
| Date:  April 1, 2016 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **18 months.**

Upon release from imprisonment, the defendant shall be discharged from any further term of supervision under this cause.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be given credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL